JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA, <br><br> Plaintiff, <br><br> v. <br><br> KEENAN CO LLC dba Foxtrot Salon, and ATWATER COMMONS LLC, <br><br> Defendants. | Case No. CV 25-0113 PVC <br><br> **JUDGMENT** |

IT IS ADJUDGED that Plaintiff's ADA claim is DISMISSED WITH PREJUDICE and that the state law claims are DISMISSED WITHOUT PREJUDICE.

DATED: April 29, 2025

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE